Yasha Bronshteyn, Esq.
Ginzburg & Bronshteyn, APC
11111 Santa Monica Boulevard, Suite 1840
Los Angeles, CA 90025
Tel. (310)914-3222
Fax (310)914-4242
Email: yasha@gbllp-law.com
SBN: 210248

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

---

**ZUFFA, LLC d/b/a Ultimate Fighting Championship,**

                **Plaintiff,**

-against-

MARWAN JARADAH, Individually, and as officer, director, shareholder and/or principal of KEVIN'S LAB, INC d/b/a THE LAB BAR AND GRILLE a/k/a THE LAB BAR AND GRILL,
and
KEVIN'S LAB, INC d/b/a THE LAB BAR AND GRILLE a/k/a THE LAB BAR AND GRILL

                Defendant

Civil Action No.
2:19-CV-01323-JAM-KJN

---

## **ORDER OF DISMISSAL**

The above-styled and numbered cause of action having been filed with the Court, and the plaintiffs Notice of Voluntary Dismissal dated September 5, 2019 having been considered, it is, therefore,

**ORDERED** that the above matter, be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

PRO ORD

**SO ORDERED** this 5th day of September, 2019

                        /s/ John A. Mendez
                        **HON. JOHN A. MENDEZ**
                        **UNITED STATES DISTRICT COURT JUDGE**

PRO ORD